HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID M. SHIPP,

    Plaintiff,

    v.

KATHLEEN SEBELIUS, in her capacity as Secretary of Health and Human Services,

    Defendant.

CASE NO. C14-585RAJ

ORDER

    This matter comes before the court on Plaintiff's "Motion for Subpoena." Dkt. # 14. The motion does not attach the subpoena that Plaintiff wishes to issue, and the court accordingly DENIES the motion without prejudice to a motion that, at a minimum, includes the subpoena that Plaintiff is asking the court to issue. The motion should also explain why the court should permit Plaintiff to commence discovery when there is no evidence that he has served Defendant.

    Although the motion before the court is brief, the record in this case reflects not only that Plaintiff has a practice of filing exceedingly lengthy motions, but that he has a practice of doing so in a format that makes his motions very difficult to read. Accordingly, the court orders that for any future motion Plaintiff files in this case, he must comply with this District's local rules. In particular, he must comply with LCR 10(e), which states formatting requirements for motions, and he must comply with

ORDER – 1

1  LCR 7, which states requirements for motion noting dates and motion length.  Local
2  Rules W.D. Wash. LCR 7, 10 (available at http://www.wawd.uscourts.gov/sites/wawd
3  /files/LocalCivilRules1-31-2014.pdf).  The court or its deputy clerks will summarily
4  strike any motion not in compliance with these rules, and may do so with an entry on the
5  docket.

    Dated this 14th day of July, 2014.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2